No. 94–1242. KNIGHTS OF COLUMBUS COUNCIL No. 2961 ET AL. *v.* TOWN OF TRUMBULL ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Capitol Square Review and Advisory Bd.* v. *Pinette, ante,* p. 753. 

No. D–1532. IN RE DISBARMENT OF CRAWFORD. Disbarment entered. [For earlier order herein, see 514 U. S. 1060.]

No. D–1566. IN RE DISBARMENT OF CRIKELAIR. It is ordered that Paul B. Crikelair, of Ventura, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1567. IN RE DISBARMENT OF OLSEN. It is ordered that Kim David Olsen, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1568. IN RE DISBARMENT OF LIDA. It is ordered that Norman I. Lida, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1569. IN RE DISBARMENT OF KELLY. It is ordered that Leo C. Kelly, of Albuquerque, N. M., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1570. IN RE DISBARMENT OF WHEELER. It is ordered that Gregory H. Wheeler, of Mt. Laurel, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.